```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :     15-CR-95 (AJN)
                                                                        :
TAMBOBWE MOORE,                                                         :     ORDER
                                                                        :
                          Defendant.                                    :
                                                                        :
------------------------------------------------------------------------X
```

ALISON J. NATHAN, United States District Judge:

      The presentment, arraignment, and initial conference for alleged violations of supervised release scheduled for October 26, 2020 at 3 p.m. is hereby adjourned to October 29, 2020 at 2 p.m. In light of the COVID public health crisis, there are significant safety issues related to in-court proceedings. If the Defendant is willing to waive his physical presence, this proceeding will be conducted remotely. To that end, defense counsel shall confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If the Defendant consents and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **at least 24 hours prior to the proceeding**. In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form. The parties shall file a joint letter by October 27, 2020 indicating how they intend to proceed at the conference.

      SO ORDERED.

Dated: October 22, 2020
       New York, New York

                                              ALISON J. NATHAN
                                       United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

            -v-

    TAMBOBWE MOORE,
                Defendant.
---------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**15-CR-95 (AJN)**

**Check Proceeding that Applies**

\_\_\_\_    Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed.  I have discussed these issues with my attorney and wish to give up my right to be present at the conferences.  By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:    _____     _____
               Print Name                                        Signature of Defendant


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.


Date:    _____     _____
               Print Name                                        Signature of Defense Counsel


**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date:           _____
                Signature of Defense Counsel

**Accepted:**   _____
                Signature of Judge
                Date:

3