UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/28/20___
```

| | |
|---|---|
| United States of America, | |
| —v— | 15-cr-95 (AJN) |
| Tambobwe Moore, | ORDER |
| Defendant. | |

ALISON J. NATHAN, District Judge:

The presentment, arraignment, and initial conference on alleged violations of supervised release scheduled for October 29, 2020 at 2 p.m. will proceed by videoconference using the Skype for Business platform. *See* Dkt. No. 3062. The Court will separately provide the parties with instructions for accessing this platform. **At 2 p.m. on October 29, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 721518323.** If a videoconference is not reasonably available, the Court will transition to its AT&T Teleconference line. In that event, the parties and members of the public may dial (888) 363-4749 and enter access code 9196964#.

As of the date of this Order, the Court has not received a signed waiver of physical presence form. *See* Dkt. No. 3062. If the Defendant consents and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file an executed form by no later than today.


SO ORDERED.

Dated: October 28, 2020
        New York, New York

_____
        ALISON J. NATHAN
        United States District Judge

1