UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

TAMBOBWE MOORE

                           Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

15-CR-95-01

Defendant **TAMBOBWE MOORE** hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or XX teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

XX Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**TAMBOBWE MOORE**
Print Defendant's Name

*Dawn M Florio* (signature)
Defendant's Counsel's Signature

**DAWN M. FLORIO**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/29/2020
_____
Date

*Alison J. Nathan* (signature)
_____
U.S. District Judge/U.S. Magistrate Judge