USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Tambobwe Moore,

Defendant.

15-cr-95-66 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A status conference on alleged violations of supervised release in this matter is currently scheduled for January 29, 2021 at 2 p.m. In light of the COVID-19 public health crisis, there are significant issues related to in-court proceedings. If the Defendant is willing to waive his physical presence, this proceeding will be conducted remotely. To that end, defense counsel shall confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If the Defendant consents and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **at least 48 hours prior to the proceeding**. In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form. If Mr. Moore agrees to proceed remotely, defense counsel shall indicate to the Court whether videoconference technology is reasonably available to him.

In addition, the parties are hereby ORDERED to meet and confer and submit a joint letter indicating how they wish to proceed at the conference by no later than January 25, 2021.

SO ORDERED.

Dated: January 14, 2021
       New York, New York

_____
     ALISON J. NATHAN
  United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-                              WAIVER OF RIGHT TO BE
                                                 PRESENT AT CRIMINAL
         TAMBOBWE MOORE,                         PROCEEDING
                     Defendant.
                                                 15-CR-95 (AJN)
---------------------------------------------------------------X
```

**Check Proceeding that Applies**

_____   Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed.  I have discussed these issues with my attorney and wish to give up my right to be present at the conferences.  By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:       _____            _____
                 Print Name                                                       Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:       _____            _____
                 Print Name                                                       Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

2

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:                    _____
                         Signature of Defense Counsel

**Accepted:**            _____
                         Signature of Judge
                         Date: