USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Tambobwe Moore,

           Defendant.

15-cr-95-66 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A status conference on alleged violations of supervised release in this matter is currently scheduled for January 29, 2021 at 2 p.m.  In light of the COVID-19 public health crisis, there are significant issues related to in-court proceedings.  The proceeding will be conducted remotely as a videoconference using the Skype for Business platform.  The Court will separately provide the parties with instructions for accessing this platform. Members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 676497106.

    SO ORDERED.

Dated: January 28, 2021
       New York, New York

                            ALISON J. NATHAN
                          United States District Judge