USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Tambobwe Moore,

Defendant.

15-CR-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      A status conference on alleged violations of supervised release is scheduled to take place on April 29, 2021 at 11 a.m. If the Defendant consents to proceeding remotely, it shall take place as a videoconference proceeding using the Microsoft Teams videoconference platform.

      The Court will separately provide the parties with instructions for accessing this platform. The parties are advised that they may need to download software to use the platform's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link that was sent to them. Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

      Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser. Downloading the Teams application is highly recommended because participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

---

[1] *See* Microsoft, *Download Microsoft Teams* (last visited April 27, 2021), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.

When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams. For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS ORDERED that members of the public may access the conference's audio by dialing 917-933-2166 and entering conference ID number 864-430-410#.

SO ORDERED.

Dated: April 28, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge