```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA

-v-

TAMBOBWE MOORE,

        Defendant.

------------------------------------X

15-CR-95 (AJN)

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**Check Proceeding that Applies**

✓ Conference

_____ Addendum for a defendant who requires services of an interpreter:

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: _____

TAMBOBWE MOORE
Print Name

_____
Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: _____

DECLAN Murray
Print Name

_____
Signature of Defense Counsel

SO OREDERED

_____
4/29/2021

2