

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2022

**BY ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



The parties are ORDERED to submit a joint status letter by April 11, 2022. SO ORDERED.

3/3/22

Re:  *United States v. Nico Burrell, et al.*, 15 Cr. 95 (AJN),
     Defendant Tambobwe Moore

Dear Judge Nathan:

The parties write to respectfully request that this matter be adjourned until April 11, 2022, at which point the parties will submit a further status letter. The defendant's state proceedings in the instant matter have been adjourned until April 7, 2022, and as previously discussed these proceedings can best be resolved once the state proceedings are complete.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:      /s/
Hagan Scotten
Assistant United States Attorney


TAMBOBWE MOORE
Defendant

By:      /s/
Dawn Florio, Esq.
Attorney for Tambobwe Moore