UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
:
:
 -v-                                                : 15 Cr. 95 (JPC)
:
:                          ORDER
:
TAMBOBWE MOORE,                                     :
:
              Defendant.                            :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 27, 2022, the Court directed the parties to submit a status letter regarding Defendant Tambobwe Moore's pending state criminal proceeding by August 26, 2022. Dkt. 3387. The August 26, 2022 deadline has passed and the docket does not reflect any status letter filed by the parties. Accordingly, it is hereby ORDERED that, by September 6, 2022, the parties shall file the status letter in accordance with the Court's July 27, 2022 Order.

SO ORDERED.

Dated: August 31, 2022                    _____
       New York, New York                          JOHN P. CRONAN
                                              United States District Judge