

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nico Burrell, et al.*, 15 Cr. 95 (JPC),
              Defendant Tambobwe Moore

Dear Judge Cronan:

        The parties respectfully submit this letter pursuant to this Court's order. On November 21, 2023, the defendant pled guilty to a state misdemeanor weapons possession charge based on the conduct underlying the violations of supervised release in this case, and was sentenced to three years' probation. The parties therefore intend to request that the Probation Office amend the current specifications to include a specification based on the charge to which Moore pled guilty. The parties further propose to appear before the Court to resolve this matter after the specifications are amended. If either day is convenient to the Court, the parties are available on January 2 or 8, 2024, by which time the amendment should be complete.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /s_____
       Hagan Scotten
       Assistant United States Attorney

TAMBOBWE MOORE
Defendant

By:     /s_____
       Dawn Florio, Esq.
       Attorney for Tambobwe Moore

---

The Court thanks for the parties for this update. The parties shall appear on the alleged violations of the conditions of supervised release on January 8, 2024, at 10:00 a.m., in Courtroom 12D, 500 Pearl Street, New York, NY 10007.

SO ORDERED.
December 6, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge