# DAWN M. FLORIO LAW FIRM, PLLC
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

June 7, 2024

> The request is granted. The sentencing is adjourned to July 25, 2024, at 10:00 a.m. Counsel is reminded that adjournment requests must be submitted at least two business days in advance of the scheduled appearance, as set forth in Rule 1.E of this Court's Individual Rules and Practices in Criminal Cases.
>
> SO ORDERED
> June 7, 2024
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Via ECF:
Honorable Justice John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, 12D
New York, NY 10013

Re:   United States v. Tambobwe Moore
      15 cr. 95 (AJN)

Honorable Justice Nathan:

I, Dawn M. Florio, represents Tambobwe Moore on the above case number set for revocation hearings on June 10, 2024 @ 3pm. I am requesting an adjournment because I have started a Murder Trial on People v. Paaron Bradley in front of Honorable Justice Rodriguez-Morick that is expected to last 3-4 weeks. (Please See Attached). My office reached out to the Government if they would consent to a Forty-Five (45) day adjournment. AUSA Hagan Scotten on behalf of the Government and they take no position. I am requesting that your Honor approve this request. Thank you for your attention to this matter.

Should you have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

*Dawn M. Florio*

Dawn M. Florio, Esq.

CC:   All Counsels